# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK BROWN, | ) NO. 2:17-cv-00598-RGK-KS |
|     Plaintiff, | ) |
| v. | ) **ORDER ACCEPTING FINDINGS AND** |
| COLIN DIAS, | ) **RECOMMENDATIONS OF UNITED** |
| | ) **STATES MAGISTRATE JUDGE** |
|     Defendant. | ) |
| _____ | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the parties' cross motions for summary judgment and related briefing, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court.

\\
\\
\\
\\
\\

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that Plaintiff's motion for summary judgment is DENIED, Defendant's motion for summary judgment is GRANTED, and judgment shall be entered dismissing this action with prejudice.

DATED: May 01, 2019

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE