# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK BROWN, | NO. 2:17-cv-00598-RGK-KS |
|     Plaintiff, | |
| v. | JUDGMENT |
| COLIN DIAS, | |
|     Defendant. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

.

DATED: May 01, 2019

                                         */s/ Gary Klausner*
                                       R. GARY KLAUSNER
                                   UNITED STATES DISTRICT JUDGE